HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARK R. DROZDOWSKI (Bar No. 166669)
(E-Mail: Mark_Drozdowski@fd,org)
Deputy Federal Public Defender
ANDREA A. YAMSUAN (Bar No. 299156)
(E-Mail: Andrea_Yamsuan@fd.org)
Research & Writing Specialist
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
RICHARD LUCIO DEHOYOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LUCIO DEHOYOS<br><br>   Petitioner,<br><br>   v.<br><br>KELLY MITCHELL, Warden, California State Prison at San Quentin,<br><br>   Respondent. | Case No. CV 14-1868-BRO<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS IN SUPPORT OF PETITION OF WRIT OF HABEAS CORPUS** |

# **INDEX OF EXHIBITS**

1. Declaration of David C. Baldus, November 18, 2010 ............................................. 1
2. Amended Declaration of George Woodworth, Ph.D.,126 November 04, 2010 ................................................................................................ 126
3. Declaration of Donald H. Heller, January 27, 2010................................................ 150
4. Declaration of Gerald F. Uelmen, October 30, 2009 .............................................. 153
5. Declaration of Steven F. Shatz, September 20, 2011 ............................................. 195
6. Legislative History Material Regarding California's Death Penalty Statutes.................................................................................................215
7. Newspaper Articles Regarding California Death Penalty Statutes..................... 1114
8. Declaration of Gustavo Montano, July 14, 20071275 ......................................... 1275
9. Declaration of Esther Ramirez, January 21, 2011 ................................................ 1295
10. Declaration of Esther Siqueiros, April 30, 2008.................................................... 1302
11. Declaration of Francisca Rodriguez, May 08, 2008 .............................................. 1307
12. Declaration of Priscilla Renteria, May 07, 2008.................................................... 1317
13. Declaration of Margarita Castruita, May 05, 2008 ................................................ 1320
14. Declaration of Frances Gonzales, August 10, 2010............................................... 1329
15. Declaration of Dora Suarez, March 22, 2011......................................................... 1332
16. Declaration of Sam Morrison, January 21, 2011 ................................................... 1339
17. Declaration of Terry Knutti, June 09, 2010 ........................................................... 1342
18. Declaration of Imogene Moten, May 20, 2010 ...................................................... 1343
19. Declaration of Betty Villarreal, April 27, 2011 ..................................................... 1346
20. Declaration of Marcos Amaya, April 25, 2011...................................................... 1350
21. Declaration of Steven Amaya, April 26, 2011....................................................... 1352
22. Declaration of Roberto Amaya, April 26, 2011..................................................... 1355
23. Declaration of Rachel Rodriguez, April 29, 2011.................................................. 1357
24. Declaration of Frances Rodriguez, September 30, 2011....................................... 1360

| | | |
|---|---|---|
| 25. | Declaration of Jose Marquina, September 27, 2011 | 1363 |
| 26. | Declaration of Belen Hernandez, September 14, 201 | 1367 |
| 27. | Declaration of Sandra DeHoyos, September 16, 2011 | 1371 |
| 28. | Declaration of Carol Phillips, August 11, 2011 | 1374 |
| 29. | Declaration of Teodora Munoz, October 27, 2011 | 1376 |
| 30. | Declaration of Elena Baules De León, October 26, 2011 | 1397 |
| 31. | Declaration of Erundina Martinez, October 26, 2011 | 1409 |
| 32. | Declaration of Ruben Dario Martinez, October 26, 2011 | 1424 |
| 33. | Declaration of Maria de Jesus DeHoyos, November 15, 2011 | 1430 |
| 34. | Declaration of Lucio De Hoyos, Jr., November 16, 2011 | 1441 |
| 35. | Declaration of Anna DeHoyos, November 16, 2011 | 1453 |
| 36. | Declaration of Lillie Rodriguez, November 29, 2011 | 1458 |
| 37. | Declaration of Ruben Rodriguez, Sr., November 30, 2011 | 1469 |
| 38. | Declaration of Velma D. Webber, June 10, 2010 | 1474 |
| 39. | Declaration of Alex DeHoyos, December 27, 2011 | 1476 |
| 40. | Declaration of John Rodriguez, December 13, 2011 | 1481 |
| 41. | Educational Records of Richard DeHoyos, Graham Elementary School 1962-68 | 1485 |
| 42. | Educational Records of Richard DeHoyos, Harlandale Independent School District, 1968-75 | 1497 |
| 43. | Excerpt of Military Records of Richard DeHoyos United States Army, 1978-82 | 1504 |
| 44. | Social Security Earnings Records of Richard DeHoyos, 1974-89 | 1613 |
| 45. | Lily D. Lynch, *Jury Urges Death for Killer of Girl, 9* LA Times, June 15, 1993 | 1623 |
| 46. | Offense Report, San Antonio Police Department Case No. A17626, August 04, 1975 | 1624 |

47. *In the Matter of the Marriage of Richard DeHoyos and Gloria DeHoyos and in the Interest of Sandra DeHoyos,* Bexar County District Court Case No7-CI-5992 (1977) .................................. 1629

48. *Mary J. DeHoyos v. Richard L. DeHoyos* Riverside County Superior Court Case No. D-49955 (1984) ............................ 1633

49. *Maria I. DeHoyos v. Richard Lucio DeHoyos* Los Angeles County Superior Court Case No. D239610 (1989) ....................... 1653

50. Passport Records of Richard DeHoyos .............................................................. 1657

51. Excerpts of Jail Records of Richard DeHoyos, Bexar County Jail, 1989 ............................................................................... 1677

52. Jail Records of Richard DeHoyos, Orange County Jail, 1989-92................................................................................................................... 1692

53. Psychological Consultation of Richard DeHoyos by Susan A. Fossum, Ph.D. on March 1, 1993 ......................................................... 1831

54. Alina Tugend and Kristina Horton, *Jury urges death for DeHoyos*, OC Register, June 15, 1993 .......................................................... 1922

55. Declaration of Maritza Munoz, January 11, 2012............................................. 1923

56. Declaration of Robledo Rodriguez, January 11, 2012 ...................................... 1929

57. Declaration of Dimas Ayala, January 09, 2012 ................................................ 1935

58. *NBC Bank-North, National Association v. Raymond DeHoyos*, Bexar County District Court Case No. 86-CI-12142 (1987) .............................. 1943

59. *First City Bank-Central Park v. International Filtronics Inc. and Raymond DeHoyos,* Bexar County District Court Case No. 86-CI-14589 (1986) ............................................................................ 1959

60. *First City Bank-Central Park v. Raymond DeHoyos and Gene Wilson*, Bexar County District Court Case No. 86-CI-14757 (1986) ............................................................................ 1985

61. *F.W. Dodge v. Raymond DeHoyos*, Bexar County District Court Case No. 286078 (1988) ..................................... 2007

4

62. *Southwestern Bell Media, Inc. v. Raymond DeHoyos, Individually, and Chemel Arrendondo, Individually, and D-A Triana & Co. A Partnership,* Bexar County District Court Case No. 87-CI-21170 (1988) .......................................................... 2029

63. *In the Matter of the Marriage of Maricela DeHoyos and Raymond DeHoyos*, Bexar County District Court Case No. 87-CI-21170 (1988) ................................................................................. 2076

64. Educational Records of Alexander DeHoyos, Harlandale Independent School 1968-77 ............................................................. 2090

65. Educational Records of Anna DeHoyos, Harlandale Independent School 1968-80 ............................................................. 2094

66. *The State of Texas v. Anna Marie Ramos*, Bexar County District Court Case No. 551.082 (1993) ..................................... 2098

67. *Family Defends Slaying of Accused Molester*, LA Times, April 4, 1993 ................................................................................. 2119

68. *The State of Texas v. Jaime DeHoyos*, Bexar County District Court Case No. 325.922 (1984) ..................................... 2120

69. *The State of Texas v. Jamie DeHoyos,* Bexar County District Court Case No. 375.754 (1986) ..................................... 2138

70. Educational Records of Lucio DeHoyos, Harlandale Independent School 1973-81 ............................................................. 2164

71. Border Crossing Records for Margarita Hurtado Vda De Montano, June 21, 1927 ................................................................................................ 2169

72. Border Crossing Records for Dolores Montano, June 21, 1927 ....................... 2173

73. Border Crossing Records for Jesus Montano, June 21, 1927 ........................... 2177

74. Border Crossing Records for Maria Del Refugio Montano, June 21, 1927 ................................................................................................ 2180

75. Border Crossing Records for Teodoro Rodriguez, March 25, 1924 ............................................................................................. 2185

| | | |
|---|---|---|
| 76. | Border Crossing Records for Vicenta Montano, June 21, 1927 | 2189 |
| 77. | Jeff Collins, *Suspect admits he confessed to crime*, OC Register, August 21, 1991 | 2193 |
| 78. | Newspaper Articles Regarding Milton C. Grimes, October 1992 | 2194 |
| 79. | Baptism Certificate of Richard DeHoyos, November 10, 1957 | 2201 |
| 80. | Correspondence from Jose LaCalle, Ph.D. to Milton C. Grimes, February 2, 1993 | 2203 |
| 81. | Richard Serrano, *Attorneys at War Over Representation of King, LA Times*, May 26, 1993 | 2205 |
| 82. | Employment Records of Richard L. DeHoyos, San Antonio Zoological Gardens & Aquarium, November 6, 1977 | 2208 |
| 83. | *Francisca M. Rodriguez v. John Montano. Rodriguez, Sr.*, Los Angeles County Superior Court Case No. D043601 (1982) | 2209 |
| 84. | *Rachel L. Rodriguez v. John Montano Rodriguez*, Los Angeles County Superior Court Case No. D637164 (1972) | 2299 |
| 85. | *People v. John Montano Rodriguez*, Los Angeles County Superior Court Case No. A414459 (1969) | 2350 |
| 86. | *People v. Danny Montano Rodriguez*, Los Angeles County Superior Court Case No. A163361 (1969) | 2372 |
| 87. | 1990 Census of Population and Housing Public Law 94-171 Data (Official): Age by Race and Hispanic Origin, California counties | 2418 |
| 88. | *People v. Danny Montano Rodriguez*, Los Angeles County Superior Court Case No. VA045139 (2000) | 2422 |
| 89. | *County of Los Angeles v. Danny Montano Rodriguez*, Los Angeles County Superior Court Case No. D171040 (1987) | 2448 |

90. *State of Arizona v. Ruben Rodriguez, Jr.*,
 Pima County Superior Court Case No. CR57269 (1997) .................................. 2479

91. *State of Arizona v. Ruben Rodriguez, Jr.*,
 Tucson City Court Case No. 9104260065 (1997) .............................................. 2695

92. *State of Arizona v. Ruben Rodriguez*,
 Tucson City Court Case No. 97244465 (1997) .................................................. 2710

93. *Cecilia Cano Guerrero v. Anthony Rodriguez*,
 Tucson City Court Case No. M-1041-DV 5009367 (2005) ............................... 2712

94. Border Crossing Records for Arcadio DeHoyos,
 December 01, 1923 ............................................................................................. 2733

95. Declaration of Reyes Gomez, January 12, 2012 ................................................. 2736

96. Declaration of Irene DeHoyos, December 27, 2011 .......................................... 2741

97. Registration card of Richard Lucio DeHoyos for
 Hospital Regional Rafael Hernandez, 1985 ....................................................... 2745

98. Credit Application of Richard DeHoyos, Nissan of Downey,
 September 23, 1988 ............................................................................................ 2747

99. Warranty Deed, Bexar County No. 800060,
 Raymond and Marcela DeHoyos, December 13, 1985 ...................................... 2748

100. Pupil Registration Card of Alexander DeHoyos,
 Graham Elementary School, 1964-68 ................................................................ 2756

101. *State of Arizona v. Ruben Rodriguez, Jr.*,
 Tucson City Court Case No. 9704060756 (1997) .............................................. 2757

102. Pupil Registration Card of Anna Marie DeHoyos,
 Graham Elementary School, 1964-68 ................................................................ 2765

103. Declaration of Jose J. LaCalle, Ph.D., ABPP, January 19, 2012 ....................... 2766

104. Follow-Up Report, Orange County Sheriff's Department
 Case No. 89-19081, May 8, 1989 ....................................................................... 2793

105. Photograph of East Block, San Quentin State Prison ........................................ 2795

106. David F. Marley, "Cristero War (1926-1929)," in *Wars of the Americas: A Chronology of Armed Conflict in the Western Hemisphere, 1492 to the Present, Second Edition, Volume 2, Independence to the Modern Era (ABC-CLIO 2008)* .......................................... 2796

107. Materials Regarding Orange County Jail Conditions ......................................... 2802

108. *Rodney King Sued By Former Defender*, Contra Costa Times, July 23, 1995 ........................................................................................................ 3041

109. Employment Records of Richard L. DeHoyos, Carrows, 1988-89 ................................................................................................. 3043

110. Employment Records of Richard L. DeHoyos, Cypress School District, 1977-78............................................................................ 3049

111. Employment Records of Richard L. DeHoyos, Denny's Restaurant, 1977-78 ................................................................................ 3067

112. Employment Records of Richard L. DeHoyos, International Aluminum, 1988 ................................................................................ 3072

113. Employment Records of Richard L. DeHoyos, Mike's Carpet, 1988 ....................................................................................... 3102

114. Employment Records of Richard L. DeHoyos, Sackner Western, 1983-84 ................................................................................. 3103

115. Employment Records of Richard L. DeHoyos, Taco Bell, 1989 ............................................................................................. 3126

116. Newspaper Articles regarding Orange County Jail Conditions ......................... 3129

117. Notice of Motion and Motion for Permission to Contact Former Jurors; Memorandum of Points and Authorities in Support Thereof; Declaration of Counsel in Support Thereof, filed July 26, 2011 ............................................................................................... 3159

118. Reporter's Transcript of Motion for Permission to Contact Former Jurors, September 2, 2011 ...................................................................... 3266

119. Transcript of Interview with Richard DeHoyos, Orange County Marshal's Office, I.I. No. 90-21, August 9, 1990 .............................................. 3295

| | | |
|---|---|---:|
| 120. | Neuropsychological Evaluation of Richard DeHoyos by Dr. Arnold D. Purisch, February 4, 1993 | 3315 |
| 121. | Subpoenas Sent to Experts on March 3, 1993 | 3381 |
| 122. | Letters to Experts from Robert C. Gannon Jr., Office of the District Attorney, Orange County, March 29, 1993 | 3395 |
| 123. | Fax to Milton Grimes from Ronald K. Siegel, Ph.D., March 11, 1993 | 3401 |
| 124. | Letters to Experts from Robert C. Gannon Jr., Office of the District Attorney, Orange County, September 23, 1992 | 3408 |
| 125. | Letter from Chief Justice Ronald M. George to Chief Judge Mary M. Schroder, October 29, 2003 | 3418 |
| 126. | Letter from Chief Justice Ronald M. George to Senator Dianne Feinstein, November 29, 2005 | 3420 |
| 127. | Vital Records | 3427 |
| 128. | Declaration of Milton C. Grimes, February 01, 2012 | 3483 |
| 129. | Declaration of Kristen Knowles, February 01, 2012 | 3491 |
| 130. | Declaration of Amanda Gregory, February 03, 2012 | 3497 |
| 131. | Declaration of Laurence A. Miller, Ph.D., February 03, 2012 | 3524 |
| 132. | Transcript of Interview of Dalila Flores, December 12, 1992 | 3647 |
| 133. | Declaration of Maria Inez Esparza, January 23, 2012 | 3678 |
| 134. | Declaration of Laura Lucio, January 24, 2012 | 3689 |
| 135. | Declaration of Mary June Miller, January 23, 2012 | 3692 |
| 136. | Declaration of Quin Denvir, December 02, 2009 | 3698 |
| 137. | Declaration of James S. Thomson, December 02, 2009 | 3704 |
| 138. | Declaration of Marisela Gonzalez, February 04, 2012 | 3723 |
| 139. | Report of Interview of Daniel Ray Campbell, Orange County District Attorney's Office, September 17, 1992 | 3725 |
| 140. | Correspondence with Superior Court of Orange County, October 27, 2011, December 8, 2011 | 3727 |

| | | |
|---|---|---|
| 141. | Declaration of Richard G. Dudley, Jr., M.D., February 04, 2012 | 3732 |
| 142. | Sample Responses to HCRC Requests for Records | 3774 |
| 143. | Report by Norman M. Morein, August 16, 1993 | 3777 |
| 144. | Medical Records of A.M.R., 2007-2009<br>**(Lodged Under Seal)** | 3787 |
| 145. | Excerpt of Medical Record of T.R., July 7, 1992<br>**(Lodged Under Seal)** | 3930 |
| 146. | Cumulative Public School Records for Martha Rodriguez, 1940-52 | 3932 |
| 147. | Declaration of Paul S. Berg, Ph.D., September 25, 2013 | 3938 |
| 148. | Declaration of Richard G. Dudley, Jr., M.D., November 04, 2013 | 3951 |
| 149. | Declaration of Arnold Purisch, Ph.D., November 11, 2013 | 3964 |
| 150. | Transcript of Proceedings: *Troy Adam Ashmus v. Robert K. Wong, Acting Warden, San Quentin State Prison*, United States District Court, Case No. C93-0594, November 18, 2010 | 3974 |
| 151. | Transcript Pages of Direct Examination of Dr. George Woodworth | 4040 |
| 152. | Transcript of Proceedings: *Troy Adam Ashmus v. Robert K. Wong, Acting Warden, San Quentin State Prison*, United States District Court, Case No. C93-0594, January, 2010 | 4052 |
| 153. | Declaration of Leonard Rice, January 11, 2008 re *Andrew Lancaster, et al., vs. James Tilton, et al, Case No, C79-01630 WHA* | 4086 |
| 154. | Declaration of Terry Allen Kupers, M.D., May 25, 2007 re *Andrew Lancaster, et al., vs. James Tilton, et al, Case No, C79-01630 WHA* | 4165 |
| 155. | NewsBank, Inc : America's News: *Inside Death Row*, November 20, 2005 | 4174 |
| 156. | Declaration of Jeffrey Aaron, March 30, 2012 | 4177 |
| 157. | Declaration of William S. Logan, M.D., November 20, 2013 | 4186 |

158. Declaration of Laurence Miller, Ph.D., November 26, 2013 .............................. 4205

159. Violence Assessment of the Orange County Central Men's Jail:
*A Joint Examination Conducted by Consultants Recommended
by Both Parties in Stewart v. Gates,* September 16, 1993 ................................. 4212

160. Declaration of James McWilliams, June 14, 2013............................................. 4243

161. Correspondence from Michael L. Radelet and Glenn L. Pierce
to David Baldus, November 11, 2010 ................................................................ 4282

162. Correspondence from Neil Vidmar to David Baldus,
October 21, 2010 ................................................................................................. 4328

163. Correspondence from John J. Donohue III to David Baldus,
October 26, 2010 ................................................................................................. 4360

164. Correspondence from William J. Bowers. to David Baldus,
October 18, 2010 ................................................................................................. 4383

165. *People v. Richard Lucio DeHoyos*, Orange County Superior
Court, Case No. C-77640, Subpoena Duces Tecum,
March 3, 1993...................................................................................................... 4402

166. Correspondence from Deputy District Attorney Robert Gannon, Jr.
to William S. Logan, M.D, September 23, 1992................................................. 4404

167. Order Declaring California's Death Penalty System
Unconstitutional and Vacating Petitioner's Death Sentence,
*Jones v. Chappell*, No. CV 09-02158 CJC (C.D. Cal. July 16, 2014) ................ 4405

168. APPENDIX A: Order Declaring California's Death Penalty
System Unconstitutional and Vacating Petitioner's Death Sentence,
*Jones v. Chappell*, No. CV 09-02158 CJC  (C.D. Cal. July 16, 2014) ............... 4434

169. California Commission on the Fair Justice of Administration,
*Final Report* (2008).......................................................................................... 4452

170. Notice of Appeal, *Sims v. California Department of
Corrections and Rehabilitation*, No. CIV1004019
(Marin Co. Super. Ct. Apr. 26, 2012) ................................................................. 4645

171. Declaration of Jeanne S. Woodford, August 27, 2010....................................... 4648

| | | | |
|---|---|---|---|
| 172. | Ed Payne and Marino Castillo, *Tennessee to Use Electric Chair When Lethal Drugs Unavailable,* CNN.com, May 23, 2014` | 4650 |
| 173. | Jon Herskovitz, *Botched Oklahoma Execution Comes As Alternatives Emerge*, Reuters, Apr. 30, 2014 | 4652 |
| 174. | Trent Nelson, *Will Wyoming Turn to Firing Squads for Executions?*, CBSNews.com, May 22, 2014 | 4653 |
| 175. | Josh Levs, Ed Payne, and Greg Botelho, *Oklahoma Botched Lethal Injection Marks New Front In Battle Over Executions*, CNN.com, September 8, 2014 | 4658 |
| 176. | Dana Ford and Ashley Fantz, *Controversial Execution in Ohio Uses New Drug Combination*, CNN.com, Jan. 17, 2014 | 4663 |
| 177. | PricewaterhouseCoopers, *Cost of Private Panel Attorney Representation in Federal Capital Habeas Corpus Cases from 1992 to 1998*, (Feb. 9, 1999) | 4665 |
| 178. | California Department of Corrections, *Condemned Inmates Who Have Died Since 1978*, Mar. 4, 2014 | 4891 |
| 179. | Howard Mintz, *State, U.S. Courts at Odds on Sentences— Different Standards Lead to Reversals*, San Jose Mercury News, Apr. 15, 2002 | 4895 |
| 180. | Declaration of Michael Laurence, *Jones v. Chappell*, No. CV-09-02158 CJC (C.D. Cal. June 9, 2014) | 4899 |
| 181. | Supplemental Declaration of Michael Laurence, *Jones v. Chappell*, No. CV-09-02158 CJC (C.D. Cal. July 14, 2014) | 4907 |
| 182. | Declaration of Michael Laurence, *Alfaro v. Johnson*, No. CV-07072 CJC (C.D Cal. September 24, 2014) | 4989 |
| 183. | *Woman Clear in Son's Killing,* New York Times, December 24, 1988 | 4997 |
| 184. | *Man Curses Judge and Lawyer Before Getting 50-Year Term in Death of Couple, LA Times*, August 20, 1991 | 4998 |

185. *Confession Came After Duress, Suspect in Girl's Slaying Says:*
LA Times, August 21, 1991 ............................................................................... 5000

186. *Prosecution Opens Case in Girl's Death*,
LA Times, August 22, 1991 ............................................................................... 5002

187. *Defendant in Girl's Death Erupts in Courtroom,*
LA Times, August 23, 1991 ............................................................................... 5004

188. *Murder Suspect's Ex-Wife Tells of Beating*,
LA Times, August 28, 1991 ............................................................................... 5006

189. *Doctor Tells Jury DeHoyos May Have Brian Damage,*
LA Times, August 29, 1991 ............................................................................... 5008

190. *DeHoyos Jury Hears Closing Arguments* ,
LA Times, September 18, 1991 ......................................................................... 5009

191. *DeHoyos Found Guilty in Murder of Girl, 9,*
LA Times, September 21, 1991 ......................................................................... 5011

192. *Convicted killer Ruled Sane by Jury,*
LA Times, October 01, 1991 ............................................................................. 5013

193. *Jury to Weigh Fate of Man Who Murdered 9-Year-Old*,
LA Times, October 08, 1991 ............................................................................. 5014

194. *Jury Will Announce Fate of DeHoyos Today,*
LA Times, October 16, 1991 ............................................................................. 5016

195. *DeHoyos Gets Death Penalty for Killing Girl,*
LA Times, October 17, 1991 ............................................................................. 5018

196. *Jury Misconduct Nullifies DeHoyos' Murder Verdict,*
LA Times, May 01, 1992 ................................................................................... 5020

197. *DeHoyos' Lawyer Says Client Killed Girl,*
LA Times, April 01, 1993 .................................................................................. 5022

198. *DeHoyos' Attorney Says Mental Illness to Blame in His Killing of Girl, 9,*
LA Times, May 05, 1993 ................................................................................... 5024

199. *DeHoyos' Convicted 2nd Time of Girl's Murder,*
LA Times, May 11, 1993 ............................................................................................ 5026

200. *DeHoyos Says Rage at Firing Made Him Kill,*
LA Times, May 13, 1993 ............................................................................................ 5028

201. *DeHoyos Brain Disorder Asserted,*
LA Times, May 14, 1993 ............................................................................................ 5030

202. *2 Attorneys at War Over Handling of King Case,*
LA Times, May 26, 1993 ............................................................................................ 5031

203. *Lawyer Claims Crime Itself Proves DeHoyos is Insane,*
LA Times, May 26, 1993 ............................................................................................ 5033

204. *Jury Says DeHoyos Sane During Crimes,*
LA Times, May 28, 1993 ............................................................................................ 5035

205. *Spare DeHoyos, Witness Tells Jury,*
LA Times, June 03, 1993 ............................................................................................ 5036

206. *Death Penalty Recommended in Girl's Killing,*
LA Times, June 15, 1993 ............................................................................................ 5037

207. *Judge Sentences Dehoyos to Death,*
LA Times, August 28, 1993 ........................................................................................ 5039

208. *Confession Came After Duress, Suspect in Girl's Slaying Says,*
LA Times, August 21, 1993 ........................................................................................ 5040

209. *Killer'Hearing,* LA Time*s*, December 14, 1991 .................................................. 5042

210. *Sentencing Delayed,* OC Register, December 14, 1991 ....................................... 5043

211. *Killer's Death Sentence Delayed A 3rd Time As Defense Alleges Impropriety By Jurors,* OC Register, December 21, 1991 ................................. 5044

212. Declaration of Evidelia Arenales, September 09, 2015 ...................................... 5045

213. Declaration of Janie Dominguez, September 16, 2015 ....................................... 5052

214. Declaration of Yajaira Martinez, September 09, 2015 ....................................... 5054

215. Declaration of Norma Reyes Munoz, September 09, 2015 ............................... 5063

| | | |
|---|---|---|
| 216. | Declaration of Rosa Elena Staff, September 09, 2015 | 5068 |
| 217. | Declaration of Daniel Gonzales, Jr., September 24, 2015 | 5073 |
| 218. | Declaration of Paul S. Berg, Ph.D., September 22, 2015 | 5077 |
| 219. | Declaration of Marne Glass, September 25, 2015 | 5083 |
| 220. | Declaration of Consuelo Edwards, M.D., September 25, 2015 | 5085 |
| 221. | Declaration of Alane Mabaquiao, September 26, 2015 | 5089 |