HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARK R. DROZDOWSKI (Bar No. 166669)
(E–Mail: Mark_Drozdowski@fd.org)
Deputy Federal Public Defender
ANDREA A. YAMSUAN (Bar No. 299156)
(E–Mail: Andrea_Yamsuan@fd.org)
Research & Writing Specialist
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
RICHARD LUCIO DEHOYOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LUCIO DEHOYOS,<br><br>           Petitioner,<br><br>     v.<br><br>Ron Davis, Warden,<br>California State Prison at San Quentin,<br><br>           Respondent, | Case No. CV 14-1868-BRO<br><br>**DEATH PENALTY CASE**<br><br>**PETITIONER'S EX PARTE APPLICATION TO FILE ANDREA A. YAMSUAN'S DECLARATION AND EXHIBITS A AND B IN SUPPORT OF THE APPLICATION UNDER SEAL** |

On October 23, 2015 this Court issued an order directing Petitioner to "submit, under seal, a declaration" addressing (1) the relevance of Exhibits 144 and 145, (2) the compelling reason why each exhibit has been submitted under seal, and (3) whether the documents have been previously made publicly available in any way in the past. Pursuant to Local Rules 7-19 and 79-5.1, Petitioner hereby requests that the declaration

1 of Andrea A. Yamsuan and Exhibits A and B made in support of Petitioner's ex parte
2 application to file Exhibits 144 and 145 be filed under seal.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: October 29, 2015      By  /s/ Andrea A. Yamsuan
ANDREA A. YAMSUAN
Research & Writing Specialist

Attorneys for Petitioner
RICHARD LUCIO DEHOYOS

**PROOF OF SERVICE**

I, Stephanie Verhamme, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **PETITIONER'S EX PARTE APPLICATION TO FILE ANDREA A. YAMSUAN'S DECLARATION AND EXHIBITS A AND B IN SUPPORT OF THE APPLICATION UNDER SEAL; [PROPOSED] ORDER** on the following individual(s) by:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[X] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

Death Penalty Law Clerk
U.S.D.C. Central Dist of California
312 N. Spring Street
Los Angeles, CA  90012

Holly D. Wilkins
CAAG - Office of Attorney General
110 W. A Street, Suite 110
San Diego, CA  92101

This proof of service is executed at Los Angeles, California, on October 29, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Stephanie Verhamme*
Stephanie Verhamme