**Death Penalty**

HILARY POTASHNER
Federal Public Defender
MARK R. DROZDOWSKI (No. 166669)
(E-Mail: Mark_Drozdowski@fd.org)
Deputy Federal Public Defenders
ANDREA A. YAMSUAN (No. 299156)
(E-Mail: Andrea_Yamsuan@fd.org)
Research & Writing Specialist
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0310

Attorneys for Petitioner
RICHARD LUCIO DE HOYOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LUCIO DEHOYOS,<br><br>                    Petitioner,<br><br>         v.<br><br>RON DAVIS, Warden,<br>California State Prison at San Quentin,<br><br>                    Respondent, | Case No. CV 14-1868-BRO<br><br>**DEATH PENALTY CASE**<br><br>**ORDER TO FILE MOTION FOR PARTIAL RECONSIDERATION OF COURT ORDER REGARDING UNDER SEAL DOCUMENTS** *UNDER SEAL* |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Motion for Partial Reconsideration of Court Order Regarding Under Seal Documents be filed *under seal*.

**IT IS HEREBY ORDERED**

Dated: November 19, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE